# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 18-CR-20926-HUCK/MCALILEY

UNITED STATES OF AMERICA,

     Plaintiff,

v.

Jairo Enrique Bolanos-Martinez,

     Defendant.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

THIS CAUSE comes before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 13], which was issued on April 30, 2019. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Jairo Enrique Bolanos-Martinez, be found to have freely and voluntarily entered a plea of guilty to the sole count in the Indictment, which charges Defendant with knowingly and willfully conspiring to distribute a controlled substance, specifically 5 kilograms or more of a substance containing cocaine, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 963. Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. Defendant filed a Notice of No Objection to the Report and Recommendation [ECF No. 16]. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 13] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of the sole count in the Indictment. A sentencing hearing has been set before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Thursday, July 11, at 10:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on May 20, 2019.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services